B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>INDIA STAR, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>d/b/a IT'S INDIA, LLC & Don's Fish Market Grill & Tavern | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 5405; EIN 26-2325405 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1160 S. Michigan Ave.<br>Chicago, IL                                    ZIP CODE 60605 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): 9335 Skokie Boulevard, Skokie, IL      ZIP CODE 60077 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other   Restaurant | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☑ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>--------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                                                            Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**INDIA STAR, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: None | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) **Page 3**

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
**INDIA STAR, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Tejal S. Desai**
Signature of Attorney for Debtor(s)
**Tejal S. Desai (ARDC#6280834)**
Printed Name of Attorney for Debtor(s)
**Fuchs & Roselli, Ltd.**
Firm Name
**440 W. Randolph St., Suite 500, Chicago, IL**
Address

**(312) 651-2400**
Telephone Number
**1/22/09**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Siraj K. Ahmed**
Signature of Authorized Individual
**Siraj K. Ahmed**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
**1/22/09**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Siraj K. Ahmed  named as debtor in this case, declare under penalty of perjury that I have read the foregoing  list of creditors  and that it is true and correct to the best of my information and belief.

Date    January 22, 2009

Signature    /s/  Siraj K. Ahmed

Siraj K. Ahmed, Manager of India Star, LLC
(Print Name and Title)

## **CREDITORS MATRIX**

Affiliated Realty and Management Company
1720 W. Algonquin Road, Suite 200
Mount Prospect, IL  60056

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL  60607

Cosmopolitan Textile Rental Service
4508 W. 46th Street
Chicago, IL  60632

Cozzini Bros., Inc.
350 Howard Avenue
Des Plaines, IL  60018

Gonnella Baking Company
2002 W. Erie Street
Chicago, IL  60612

Joseph Mullarkey Dist.
2200 Ridge Drive
Glenview, IL  60025

AT&T
P.O. Box 8100
Aurora, IL  60507

Harrison's Poultry Farm, Inc.
1201 Waukegan Road
Glenview, IL  60025

Becharas Wholesale, Inc.
1424 Lake Street
Evanston, IL  60201

Kohner Mann & Karlas, S.C.
c/o U.S. Food Service, Inc.
4650 N. Port Washington Road
Milwaukee, WI  53212-1059

Zepole Supply Co.
506 E. Frontage Road North
Bolingbrook, IL  60440

Chicagoland Beverage Co.
2056 W. Walnut Street
Chicago, IL  60612

CINTAS #22
1025 National Parkway
Schaumburg, IL  60173

Fortune Fish Company
1068 Thorndale Avenue
Bensenville, IL  60106

JOM Wine & Spirit
1724 N. Rand Road
Palatine, IL  60074

Coca-Cola Enterprises Bottling Companies
East US CFS Group
521 Lake Kathy Drive
Brandon, FL  33510

Trimark Marlinn, Inc.
6100 West 73rd Street
Bedford Park, IL  60638

True World Foods Chicago LLC
950 Chase Avenue
Elk Grove Village, IL  60007

Automatic Icemakers
P.O. Box 5436
Chicago, IL  60680-5436

Paetec
P.O. Box 3177
Cedar Rapids, IA  52406-3177

NuCo2
P.O. Box 9011
Stuart, FL  34995

New York Bagel-Bialy Corp.
4714 W. Touhy Ave.
Lincolnwood, IL  60712

Supreme Waffles, Inc.
P.O. Box 455
Lisle, IL  60532

JR Dessert Bakery
2841 W. Howard Street
Chicago, IL  60645

Farmer Brothers Coffee
File 55172
Los Angeles, CA  90074-5172

Chieftain Wild Rice Company
Rice River Farms
1210 Basswood Ave.
Spooner, WI  54801

Dessert Werks, Inc.
1421 Allyson Court
Libertyville, IL  60048

Captain Alex Seafood
8874 N. Milwaukee
Niles, IL  60714

Anderson Pest Solutions
501 W. Lake Street, Suite 204
Elmhurst, IL  60126-1103

Village of Skokie
Water & Sewer Division
9050 Gross Point Road
Skokie, IL  60077

Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL  60674

US FoodService
800 Supreme Drive
Bensenville, IL  60106

Rossi Distributors, Inc.
P.O. Box 1282
N.B., IL  60065-1282

Nitro Detergent Specialists
6124 Madison Court
Morton Grove, IL  60053

Homer's Ice Cream, Inc.
1237 Green Bay Road
Wilmette, IL  60091

Filter Kleen
8432 W. 44th Place
Lyons, IL  60534

Conway Import Co., Inc.
11051 W. Addison
Franklin Park, IL  60131

Diamond Seafood, Inc.
204 North Edgewood Ave.
Wood Dale, IL  60191

Thompsons Bakery
2079 Stonington Avenue
Hoffman Estates, IL  60169

TriMark Marlinn
c/o Teller, Levit & Silvertrust, P.C.
11 E. Adams Street
Chicago, IL  60603

Supreme Lobster
220 E. North Avenue
Villa Park, IL  60181

Nicor Gas
1844 Ferry Road
Naperville, IL  60563-9600

2

Air Savers, Inc.
4400 S. Lawndale
Lyons, Illinois 60543

Gordon Food Service
333 50th Street SW
Grand Rapids, MI 49501

A&P Service, Inc.
1953 Linden Avenue
Hanover Park, Illinois 60133

3